# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0836

VERSUS

JEFFERY ALLEN                                         OCT 1 8 2019

---

In Re:    Jeffery Allen, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 11-16-0355.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

        **WRIT GRANTED.**  The district court is instructed to proceed
toward disposition of relator's application for postconviction
relief, filed May 6, 2019.

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT